1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12  ABDUL WAHEED,                    )
                                     )  No. C 06-3590 JSW
13            Plaintiff,             )
                                     )
14      v.                           )
                                     )  **STIPULATION TO DISMISS; AND**
15  CHRISTINA POULOS, District Director,  )  **[PROPOSED] ORDER**
    California Service Center, U.S. Citizenship  )
16  and Immigration Services, and    )
                                     )
17  DAVID N. STILL, District Director;  )
    San Francisco District Office, U.S.  )
18  Citizenship and Immigration Services,  )
                                     )
19            Defendants.            )
                                     )
20  _____ )

21      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

22  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

23  action because the parties agree to permit the U.S. Citizenship and Immigration Services to

24  adjudicate the naturalization application in light of the outstanding removal proceedings against

25  Plaintiff.  *See* 8 U.S.C. § 1429.

26      Each of the parties shall bear their own costs and fees.

27  ///

28

Stipulation to Dismiss
C06-3590 JSW

1    Dated: September 6, 2006             Respectfully submitted,

2                                    KEVIN V. RYAN
                                   United States Attorney

3

4

5                                     /s/
                                   ILA C. DEISS

6                                     Assistant United States Attorney
                                   Attorney for Defendants

7

8    Dated: September 6, 2006                   /s/
                                   JAMES PHILLIP VAUGHNS

9                                     Attorney for Plaintiff

10

11                                 **ORDER**

12        Pursuant to stipulation, IT IS SO ORDERED.

13

14

15    Date:    September 9, 2006

16                                    JEFFREY S. WHITE
                                   United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss
C06-3590 JSW                            2